IN THE SUPREME COURT OF TEXAS

 No. 05-0100

 IN RE H.E. BUTT GROCERY COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for immediate temporary relief, filed February
10, 2005, is granted. The trial court ruling requiring the relator to
respond to discovery requests by February 18, 2005, in Cause No. 02-60475-
2, styled Bonnie Headley v. H.E. Butt Grocery Company d/b/a HEB Grocery, in
the County Court at Law No. 2 of Nueces County, Texas, is stayed pending
further order of this Court.

 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus no later than 3:00 p.m. February 28, 2005.

 Done at the City of Austin, this February 17, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk